*Buder, Jr.,* and *Oscar E. Buder* for petitioners. No appearance for respondents.

No. 925. STOODY CO. *v.* MILLS ALLOYS, INC. ET AL. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles C. Montgomery* for petitioner. *Mr. Frank W. Dahn* for respondents.

No. 896. OLSON *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. W. W. Spalding* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Erwin N. Griswold* and *James W. Morris* for respondent.

No. 902. CHEVROLET MOTOR CO. *v.* WATSON. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Arthur Miller* and *Alton Gumbiner* for petitioner. *Mr. William T. Thompson* for respondent.

No. 912. LEHIGH VALLEY R. CO. *v.* McGRATH, ADMINISTRATRIX. April 30, 1934. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Howard Cobb* and *Harold E. Simpson* for petitioner. *Mr. Clayton R. Lusk* for respondent.

No. 913. STREET ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. April 30, 1934. Petition for